IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONNY DARNELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-12-1065-M |
| ) | |
| JUSTIN JONES, in his personal capacity; ) | |
| DON SUTTMILLER, in his personal ) | |
| capacity; JANET DOWLING, in her ) | |
| personal capacity; and JAMES SMASH, ) | |
| in his personal capacity, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On August 26, 2013, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action. The Magistrate Judge recommended that the Court denies plaintiff's request for a temporary restraining order and for injunctive relief. The Magistrate Judge further recommended that plaintiff's other motions seeking or pertaining to injunctive relief be likewise denied. Plaintiff was advised of his right to object to the Report and Recommendation by September 15, 2013. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on August 26, 2013,

(2) DENIES plaintiff's request for a temporary restraining order and for injunctive relief [docket no. 76], and

(3) DENIES plaintiff's other pending motions seeking or pertaining to injunctive relief [Docket nos. 33, 49, and 64].

**IT IS SO ORDERED this 30th day of September, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE